UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EDWARD PERUTA; et al.,<br><br>   Plaintiffs - Appellants,<br><br> v.<br><br>COUNTY OF SAN DIEGO and WILLIAM D. GORE, individually and in his capacity as Sheriff,<br><br>   Defendants - Appellees. | No. 10-56971<br><br>D.C. No. 3:09-cv-02371-IEG-BGS<br>Southern District of California,<br>San Diego<br><br>ORDER |

  The court has determined that this appeal will not be selected for inclusion in the Mediation Program.

  Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant further settlement discussions while the appeal is pending.

      FOR THE COURT:


      By: Peter W. Sherwood
      Circuit Mediator

pws/mediation