UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 25 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EDWARD PERUTA; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>COUNTY OF SAN DIEGO and WILLIAM D. GORE, individually and in his capacity as Sheriff,<br><br>        Defendants - Appellees. | No. 10-56971<br><br>D.C. No. 3:09-cv-02371-IEG-BGS<br>U.S. District Court for Southern California, San Diego<br><br>**ORDER** |

The amicus brief submitted by Congress of Racial Equality on May 25, 2011 is filed.

Within 7 days of this order, amicus curiae is ordered to file 7 copies of the brief in paper format, with a green cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Liora Anis
Deputy Clerk