

FILED

JUN 17 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EDWARD PERUTA; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>COUNTY OF SAN DIEGO and WILLIAM D. GORE, individually and in his capacity as Sheriff,<br><br>        Defendants - Appellees. | No. 10-56971<br><br>D.C. No. 3:09-cv-02371-IEG-BGS<br>Southern District of California,<br>San Diego<br><br>ORDER |

The briefing schedule previously set by the court is reset as follows:

appellees shall file an answering brief on or before August 12, 2011; appellants

may file an optional reply brief on or before September 6, 2011.

                             FOR THE COURT:


                             By: Peter W. Sherwood
                             Circuit Mediator

PWS/Mediation