FILED

FEB 12 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EDWARD PERUTA; MICHELLE LAXSON; JAMES DODD; LESLIE BUNCHER, Dr.; MARK CLEARY; CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>COUNTY OF SAN DIEGO; WILLIAM D. GORE, individually and in his capacity as Sheriff,<br><br>        Defendants - Appellees. | No. 10-56971<br><br>D.C. No. 3:09-cv-02371-IEG-BGS<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: O'SCANNLAIN, Circuit Judge.

    The Motion and Application for Leave to File Amicus Curiae Brief on Behalf of Appellees County of San Diego, et al, filed with this court on August 19, 2011, by the California State Sheriffs Association, the California Police Chiefs Association, and the California Peace Officers Association, is GRANTED.