UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 12 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EDWARD PERUTA; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> COUNTY OF SAN DIEGO and WILLIAM D. GORE, individually and in his capacity as Sheriff, <br><br> Defendants - Appellees. | No. 10-56971 <br><br> D.C. No. 3:09-cv-02371-IEG-BGS <br> U.S. District Court for Southern California, San Diego <br><br> **ORDER** |

The amicus brief submitted by California Police Chiefs Association, California Peace Officers Association and California State Sheriff's Association on August 24, 2011 is filed.

No additional paper copies of the brief are required.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Liora Anis
Deputy Clerk