**SENIOR COUNSEL**
C. D. Michel*

**SPECIAL COUNSEL**
Joshua R. Dale
W. Lee Smith

**ASSOCIATES**
Anna M. Barvir
Sean A. Brady
Scott M. Franklin
Thomas E. Maciejewski
Clint B. Monfort
Tamara M. Rider
Joseph A. Silvoso, III
Los Angeles, CA

* Also admitted in Texas
and the District of Columbia

Writer's Direct Contact:
562-216-4444
cmichel@michellawyers.com

**OF COUNSEL**
Don B. Kates
Battleground, WA

Ruth P. Haring
Matthew M. Horeczko
Los Angeles, CA

Glenn S. McRoberts
San Diego, CA

**AFFILIATE COUNSEL**
John F. Machtinger
Jeffrey M. Cohon
Los Angeles, CA

David T. Hardy
Tucson, AZ



February 18, 2014

Attn: Kathy Blesener, Senior Publications
Thomson Reuters
610 Opperman Drive
P.O. Box 64526
St. Paul, MN 55164 - 0526
**VIA OVERNIGHT MAIL**

   Re: *Peruta v. County of San Diego*, **Case No. 10-56971**
      **Counsel Listing in Published Opinion**

Dear Ms. Blesener:

  Plaintiffs-Appellants write to respectfully request revisions to the official Counsel listing in the Ninth Circuit Court of Appeals' published Opinion issued on February 13, 2014 in *Peruta v. County of San Diego*, No. 10-56971. Due to administrative oversight by Plaintiffs-Appellants, counsel of record inadvertently listed Bobbie K. Ross and excluded Anna M. Barvir and Clinton B. Monfort, Michel and Associates, P.C., Long Beach, California, on both the Opening and Reply Briefs. Plaintiffs-Appellants' Opening Brief also inadvertently excluded Paul Neuharth, Jr. APC, San Diego California.

The corrected Counsel listing for Plaintiffs-Appellants' Opening and Reply briefs should include the following attorneys: Carl D. Michel, Glenn S. McRoberts, Sean A. Brady, Anna M. Barvir, and Clinton B. Monfort, Michel and Associates, P.C., Long Beach, California and Paul Neuharth, Jr. APC, San Diego California.

                                          Respectfully submitted,

                                        /s/ C. D. Michel
                                        C. D. Michel
                                        Attorney for *Plaintiffs-Appellants*

# CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2014, an electronic PDF of the Counsel Listing in Published Opinion letter was uploaded to the Court's CM/ECF system, which will automatically generate and send by electronic mail a Notice of Docket Activity to all registered attorneys participating in the case. Such notice constitutes service on those registered attorneys.

       /s/ C. D. Michel
C. D. Michel
Attorney for *Plaintiffs-Appellants*