Bobbie K. Ross, Esq.
407 C Street
P.O. Box 1302
Marysville, CA 95901

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FEB 21 2014

FILED _____
DOCKETED _____  DATE  INITIAL

February 19, 2014

Molly Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939
**VIA EXPRESS MAIL**

Re:  *Peruta v. County of San Diego*, Case No. 10-56971
     **Counsel Listing in Published Opinion**

Dear Clerk Dwyer:

Although I am a registered ECF filer, due to issues with the installation of Java, I was unable to file the accompanying document via ECF. Therefore, please see attached for a copy of my letter to Thomson Reuters with regard to the counsel listing in the *Peruta* published opinion.

Respectfully submitted,

*/s/ Bobbie K. Ross/*

Bobbie K. Ross, Esq.

Enclosure.

Bobbie K. Ross, Esq.
407 C Street
P.O. Box 1302
Marysville, CA 95901

February 19, 2014

Attn: Jean Green, Senior Publications Coordinator
Thomson Reuters
610 Opperman Drive
P.O. Box 64526
St. Paul, MN 55164-0526
**VIA EXPRESS MAIL**

    Re:    *Peruta v. County of San Diego*, **Case No. 10-56971**
              **Counsel Listing in Published Opinion**

Dear Ms. Green:

This letter is in response to the letter addressed to Kathy Blesener dated February 18, 2014 and filed via ECF with the Ninth Circuit that same day ("the Revision Letter") which requested that my name be removed from the counsel listing in the opinion. This letter serves as my objection to the request for removal of my name as counsel for plaintiffs-appellants.

I respectfully request that the revision sought be denied as I spent a good portion of my life from 2010 through 2012 working diligently on the *Peruta* matter, drafted portions of both the opening and reply briefs (as well as numerous other filings in the case), and was a licensed attorney admitted to the Ninth Circuit at the time of the filings—all of which Mr. Carl D. Michel (the author of the Revision Letter) signed off on.

As such, I would respectfully request that the sought revision be denied.

Regards,

*[signature]*
Bobbie K. Ross, Esq.