

# County of San Diego

THOMAS E. MONTGOMERY
COUNTY COUNSEL

OFFICE OF COUNTY COUNSEL
1600 PACIFIC HIGHWAY, ROOM 355, SAN DIEGO, CA 92101
(619) 531-4860  Fax (619) 531-6005

DEBORAH A. MCCARTHY
ASSISTANT COUNTY COUNSEL

JAMES M. CHAPIN
Senior Deputy County Counsel
Direct Dial: (619) 531-5244
E-Mail: james.chapin@sdcounty.ca.gov

February 26, 2014

Thomas Reuters
Attn: Jean Green
Senior Publications Coordinator
610 Opperman Drive
Post Office Box 64526
St. Paul, MN 55164-0526

    Re:   Edward Peruta, et al. v. William D. Gore;
           Court of Appeal No. 10-56971

Dear Ms. Green:

      Please correct the published opinion at page 78 to show that I argued the cause and filed the brief for appellee William D. Gore only. There was only one appellee. The County was never served and never made an appearance in the case. The amicus briefs that were filed should also indicate for defendant-appellee as appropriate.

                        Very truly yours,

                        THOMAS E. MONTGOMERY, County Counsel

                        By   */s/ James M. Chapin*
                            JAMES M. CHAPIN, Senior Deputy

JMC:lf