FILED

FEB 28 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EDWARD PERUTA; MICHELLE LAXSON; JAMES DODD; LESLIE BUNCHER, Dr.; MARK CLEARY; CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION,<br><br>　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>COUNTY OF SAN DIEGO; WILLIAM D. GORE, individually and in his capacity as Sheriff,<br><br>　　　　Defendants - Appellees. | No. 10-56971<br><br>D.C. No. 3:09-cv-02371-IEG-BGS<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: O'SCANNLAIN, THOMAS, and CALLAHAN, Circuit Judges.

　　The Brady Campaign to Prevent Gun Violence's Motion to Extend Time for Filing a Petition for Rehearing En Banc and Stay the Issuance of the Mandate, and Proposed Intervenor State of California's Motion to Extend Time to File a Petition for Rehearing En Banc and Stay Issuance of the Mandate, both filed with this Court on February 27, 2014, are GRANTED. Any proposed petitions for rehearing filed with this Court by February 27, 2014 will be considered timely if this Court grants the petitioners' concurrently filed motions to intervene. This order does not

extend the time for filing petitions for rehearing for any petitioner who did not move to intervene by February 27, 2014.

Submission with respect to the pending motions to intervene is deferred pending further order of the Court. Issuance of the mandate is stayed pending further order of the Court.