**FILED**

MAR 05 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EDWARD PERUTA; MICHELLE LAXSON; JAMES DODD; LESLIE BUNCHER, Dr.; MARK CLEARY; CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>COUNTY OF SAN DIEGO; WILLIAM D. GORE, individually and in his capacity as Sheriff,<br><br>        Defendants - Appellees. | No. 10-56971<br><br>D.C. No. 3:09-cv-02371-IEG-BGS<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: O'SCANNLAIN, THOMAS, and CALLAHAN, Circuit Judges.

Each party is each directed to file a response of no more than 6,000 words addressing the pending motions to intervene filed with this Court on February 27, 2014. Each response shall address:

    1) Motion to Intervene by the State of California,

    2) Motion for Leave to Intervene by the Brady Campaign to Prevent Gun Violence, and

3) Petition for Rehearing En Banc by Amici Curiae California Police Chiefs' Association and California Peace Officers' Association insofar as the Petition is a motion to intervene.  *See* p. 2, n.2.

The responses shall be filed within 21 days of this order.