SENIOR COUNSEL
C. D. MICHEL*

SPECIAL COUNSEL
JOSHUA R. DALE
W. LEE SMITH

ASSOCIATES
ANNA M. BARVIR
SEAN A. BRADY
SCOTT M. FRANKLIN
THOMAS E. MACIEJEWSKI
CLINT B. MONFORT
TAMARA M. RIDER
JOSEPH A. SILVOSO, III
LOS ANGELES, CA

* ALSO ADMITTED IN TEXAS AND THE
  DISTRICT OF COLUMBIA

WRITER'S DIRECT CONTACT:
562-216-4444
SBRADY@MICHELLAWYERS.COM

OF COUNSEL
DON B. KATES
BATTLEGROUND, WA

RUTH P. HARING
MATTHEW M. HORECZKO
LOS ANGELES, CA

GLENN S. MCROBERTS
SAN DIEGO, CA

AFFILIATE COUNSEL
JOHN F. MACHTINGER
JEFFREY M. COHON
LOS ANGELES, CA

DAVID T. HARDY
TUCSON, AZ



**MICHEL & ASSOCIATES, P.C.**
Attorneys at Law

March 12, 2014

Thomson Reuters
Attn: Kathy Blesener, Senior Publications
610 Opperman Drive
P.O. Box 64526
St. Paul, MN 55164 - 0526
**VIA OVERNIGHT MAIL**

    Re:   *Peruta v. County of San Diego*, Case No. 10-56971
           **Counsel Listing in Published Opinion**

Dear Kathy Blesener:

     In response to the letter dated February 26, 2014 by James Chapin, San Diego County Counsel, I write to ask that you refrain from altering the published opinion until the Court submits an order directing you to do so. While Mr. Chapin's contention that San Diego County was not a party to this appeal may be correct, there are outstanding disputed factual and procedural questions as to whether it is.

     This is not a mere clerical question, as Mr. Chapin describes it. It is a question for the Court to decide by noticed motion. Until the matter is resolved by the Court, a unilateral alteration of the published opinion is inappropriate.

                           Sincerely,
                           **Michel & Associates, P.C.**

                           C. D. Michel

CDM/ca

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2014, an electronic PDF of the Counsel Listing in Published Opinion letter was uploaded to the Court's CM/ECF system, which will automatically generate and send by electronic mail a Notice of Docket Activity to all registered attorneys participating in the case. Such notice constitutes service on those registered attorneys.

       /s/ C. D. Michel
C. D. Michel
Attorney for *Plaintiffs-Appellants*