

# County of San Diego

THOMAS E. MONTGOMERY
COUNTY COUNSEL

OFFICE OF COUNTY COUNSEL
1600 PACIFIC HIGHWAY, ROOM 355, SAN DIEGO, CA 92101
(619) 531-4860   Fax (619) 531-6005

JAMES M. CHAPIN
Senior Deputy County Counsel
Direct Dial: (619) 531-5244
E-Mail: james.chapin@sdcounty.ca.gov

March 13, 2014

Thomas Reuters
Attn: Jean Green
Senior Publications Coordinator
610 Opperman Drive
Post Office Box 64526
St. Paul, MN 55164-0526

      Re:   Edward Peruta, et al. v. William D. Gore;
             Court of Appeal No. 10-56971

Dear Ms. Green:

      In response to Mr. Michel's letter of March 12, 2014, I have attached a copy of the face page of my brief at the Ninth Circuit. I appeared on behalf of Defendant/Appellee William Gore only. I am not requesting any change to the body of the opinion, only that it accurately reflect my representation. There is no "disputed factual and procedural question" and there is no basis for filing a motion. The published opinion at page 78 should be correct rather than incorrect. If Mr. Michel has some basis for his disagreement, he should file a motion.

                            Very truly yours,

                            THOMAS E. MONTGOMERY, County Counsel

                            By *[signature]*
                            JAMES M. CHAPIN, Senior Deputy

JMC:lf
encl.

C.A. No. 10-56971

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

EDWARD PERUTA, et al.,

Plaintiffs/Appellants,

v.

COUNTY OF SAN DIEGO, et al.,

Defendants/Appellees.

On Appeal from the United States District Court
for the Southern District of California

Honorable Irma E. Gonzalez, Presiding Judge

## APPELLEE'S BRIEF

THOMAS E. MONTGOMERY, County Counsel
County of San Diego
JAMES M. CHAPIN, Senior Deputy (SBN 118530)
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-5244

Attorneys for Defendant/Appellee
William D. Gore

Edward Peruta, et al. v. County of San Diego, et al. ;
U.S. Court of Appeals Docket Number(s): 10-56971

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following document(s): **Correspondence to Thomas Reuters dated March 13, 2014** with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on March 13, 2014.

☒ I certify that the following participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system:

C. D. Michael, Esq.
Michael & Associates, P.C.
180 East Ocean Boulevard, Suite 200
Long Beach, California 90802
(562) 216-4444
(562) 216-4445 (fax)
E-mail: cmichael@michaellawers.com
(Attorneys for Plaintiff/Appellant)

Paul H. Neuharth, Jr., Esq.
Law Offices of Paul H Neuharth
1140 Union Street, Suite 102
San Diego, California 92101
(619) 231-0401
(619) 231-8759 (fax)
E-mail: pneuharth@sbcglobal.net
(Attorneys for Plaintiff/Appellant)

Paul D. Clement, Esq.
1919 "M" Street, N.W., Suite 470
Washington, D.C. 20036
(202) 234-0090
E-mail: pclement@bancroftpllc.com
(Attorneys for Plaintiff/Appellant)

☐ I certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party comercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

By: s/ JAMES M. CHAPIN
E-mail: james.chapin@sdcounty.ca.gov