

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
APR 03 2014
FILED
DOCKETED _____ DATE _____ INITIAL

# County of San Diego

**THOMAS E. MONTGOMERY**
COUNTY COUNSEL

OFFICE OF COUNTY COUNSEL
1600 PACIFIC HIGHWAY, ROOM 355, SAN DIEGO, CA 92101
(619) 531-4860   Fax (619) 531-6005

**JAMES M. CHAPIN**
Senior Deputy County Counsel
Direct Dial: (619) 531-5244
E-Mail: james.chapin@sdcounty.ca.gov

April 1, 2014

Molly C. Dwyer, Clerk of Court
Office of the Clerk
United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119

    Re:    Response to Court's Order of March 5, 2014
              Edward Peruta, et al. v. County of San Diego, et al.;
              Court of Appeals No. 10-56971

Dear Ms. Dwyer:

    My client has directed me not to file anything further in this appeal. As such, I cannot file a response regarding the motions to intervene.

              Very truly yours,

              THOMAS E. MONTGOMERY, County Counsel

              By *[signature]*
              JAMES M. CHAPIN, Senior Deputy
              Attorneys for Defendant/Appellee William D. Gore
              E-mail: james.chapin@sdcounty.ca.gov

JMC:lf
cc:    C. D. Michel, Esq.
       Paul D. Clement, Esq.
       Paul Neuharth, Jr., Esq.