# Allan J. Mayer
## Attorney-at-Law

April 10, 2014

Molly C. Dwyer, Clerk of Court
Office of the Clerk
United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

APR 17 2014

FILED _____
DOCKETED _____
DATE         INITIAL

To the Judges of the 9th Circuit who may be adjudging whether En Banc review is appropriate in Peruta V. County of San Diego #10-56971.

Honorable Judges;

I have previously Pro Bono, Pro Se, & Pro Per, and Amicus Curie submitted in opposition to En Banc review based upon Judicial Economy.

The Judicial Economy reasons are as follows:

A. The 9th Circuit, as well as the other federal courts, are over worked and underfunded. These courts collectively have spent far too much time and effort addressing this 2nd Amendment issue.

B. When En Banc review is granted, the court spends almost five (5) times the effort as hearing one case. The judges, the judges' staff, and the court personals time should be considered when reviewing for En Banc.

C. The Nordyke V. King, a 2nd Amendment case, was in this court for twelve (12) years.

D. Whatever the 9th Circuit's En Banc determination is, the US Supreme Court will grant certiorari on this issue, thus mooting this 9th Circuit determination.

Rather than rehashing this case, it is time for the Supreme Court to resolve this 2nd Amendment issue.

Respectfully submitted,

*[signature]*

Allan J. Mayer SBN (169962)

For Proof of Mailing, See Attached Page

---

1650 El Cerrito Court, San Luis Obispo, CA 93401-4610 • (805) 544-5843 • Fax (805) 544-1944

lanyslo@aol.com

# Allan J. Mayer
## Attorney-at-Law

### PROOF OF MAILING

Re: Peruta, ETAL vs. County of San Diego, ETAL No. 10-56971

I, Allan J. Mayer, state, under penalty of perjury, that I am Pro Bono, Pro per, and Pro se, Amicus curiae in the above entitled cause, that I am not a party to the above entitled cause, that on the date shown below, at San Luis Obispo, California, I deposited in the mail, a true copy of the letter attached, the same having been place in envelopes to the parties whose names appear thereon, at the addresses herein stated, that the envelope was sealed and deposited in the mail with the postage fully prepaid.

Dated: Thursday April 10, 2014

*[signature]*
Allan J. Mayer

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

APR 17 2014

FILED_____
DOCKETED_____
DATE    INITIAL

The attorneys for the Brady Campaign to Prevent Gun Violence at their addresses. Neil O' Hanlon, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA. 90067

Carl D. Michael, Michael + Associates, 180 E. Ocean Blvd. Suite 200, Long Beach, CA 90802, Paul H. Neuharth Jr. Esq, 1140 Union Street, San Diego, CA 92101 and Paul D. Clement Esq, Bancroft PLLC, 1919 M Street NW Suite 470, Washington D.C. 20036 and attorneys for plaintiffs-appellees and Thomas E. Montgomery, Country Counsel for the County of San Diego County attorney for defendant appellees.

Attorney General of the State of California, at her address, P.O. Box 944244, Sacramento, CA 94244.

The Law Offices of Jones & Mayer attorneys for the California State Sheriffs Association, California Police Chiefs Associations, and California Peace Officers Association located at Law Offices of Jones & Mayer, Fullerton, California. Law Offices of Jones & Mayer, 3777 N. Harbor Blvd. Fullerton, CA. 92835

---

1650 El Cerrito Court, San Luis Obispo, CA 93401-4610 • (805) 544-~~7081~~ 5843 • Fax (805) 544-1944

lanyslo@aol.com