FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 01 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EDWARD PERUTA; MICHELLE LAXSON; JAMES DODD; LESLIE BUNCHER, Dr.; MARK CLEARY; CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION,<br><br>           Plaintiffs - Appellants,<br><br>STATE OF CALIFORNIA,<br><br>           Intervenor - Pending,<br><br>  v.<br><br>COUNTY OF SAN DIEGO; WILLIAM D. GORE, individually and in his capacity as Sheriff,<br><br>           Defendants - Appellees. | No. 10-56971<br><br>D.C. No. 3:09-cv-02371-IEG-BGS<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: O'SCANNLAIN, THOMAS, and CALLAHAN, Circuit Judges.

Appellee William D. Gore is ordered to notify this Court in writing within fourteen days of the date of this order of his position on the pending motions to intervene or that he takes no position.

Appellee William D. Gore is further ordered to respond within fourteen days of the date of this order to the suggestion that this case is moot. *See* Opp'n to Pet. for Reh'g En Banc 16, *Richards v. Prieto*, No. 11-16255 ("Even were *Peruta*

vacated tomorrow, neither this Court nor the state could do anything to keep Gore from printing permits to all otherwise-qualified comers. The *Peruta* dispute is moot."). He shall explain any change in his policy that could affect this Court's jurisdiction over this case.