

# County of San Diego

**THOMAS E. MONTGOMERY**
COUNTY COUNSEL

OFFICE OF COUNTY COUNSEL
1600 PACIFIC HIGHWAY, ROOM 355, SAN DIEGO, CA 92101
(619) 531-4860   Fax (619) 531-6005

**JAMES M. CHAPIN**
SENIOR DEPUTY
Direct Dial: (619) 531-5244
E-Mail: james.chapin@sdcounty.ca.gov

May 14, 2014

Molly C. Dwyer, Clerk of Court
Office of the Clerk
United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119

    Re:   Response to Court's Order of May 1, 2014
            Edward Peruta, et al. v. County of San Diego, et al.;
            Court of Appeals No. 10-56971

Dear Ms. Dwyer:

    The Court has requested the position of Appellee William Gore on the pending motions to intervene and a response to the suggestion that this case is moot. Appellee responds as follows:

<u>Motions to Intervene.</u>

    Appellee believes that the Attorney General is the appropriate intervenor in this case because the panel opinion finds California's legislative scheme regarding the carrying of handguns unconstitutional. Appellee requests that the Court grant the Attorney General's Motion to Intervene. Appellee takes no position on other intervenors.

<u>Mootness.</u>

    This case is not moot. Appellee has not changed his policy or procedures for the issuance of concealed carry licenses. All current applications that do not meet the existing policy are being held without action, pending final direction from the Court or the Legislature.

                      Very truly yours,

                      THOMAS E. MONTGOMERY, County Counsel

                      By /s/ James M. Chapin
                      JAMES M. CHAPIN, Senior Deputy
                      Attorneys for Defendant/Appellee William D. Gore
                      E-mail: james.chapin@sdcounty.ca.gov

JMC:ogo
09-90350