

**KAMALA D. HARRIS**
*Attorney General*

State of California
**DEPARTMENT OF JUSTICE**

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5461
Facsimile: (415) 703-5480
E-Mail: Gregory.Brown@doj.ca.gov

August 22, 2014

**VIA ELECTRONIC CASE FILING**

Molly C. Dwyer
Clerk of the Court
Ninth Circuit Court of Appeals
95 Seventh Street
San Francisco, CA 94103-1526

Re:   *Peruta v. County of San Diego*
      United States Court of Appeals for the Ninth Circuit, Case No. 10-56971

Dear Ms. Dwyer:

    I write to inform the Court that Craig J. Konnoth, who previously appeared in the above-captioned appeal, is departing the Department of Justice and should therefore be withdrawn as counsel for Proposed Intervenor-Appellee the State of California and removed from the service list. I will continue to represent California in this appeal.

Sincerely,

*/s/ Gregory D. Brown*

GREGORY D. BROWN
Deputy Solicitor General

For    KAMALA D. HARRIS
       Attorney General

GDB:mjm

SA2014114902
41051173.doc

9th Circuit Case Number(s): 10-56971

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*********************************************************************************

# CERTIFICATE OF SERVICE
## When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) August 22, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format): /s/ Gregory D. Brown

*********************************************************************************

# CERTIFICATE OF SERVICE
## When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format):