FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 03 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EDWARD PERUTA; MICHELLE LAXSON; JAMES DODD; LESLIE BUNCHER, Dr.; MARK CLEARY; CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>COUNTY OF SAN DIEGO; WILLIAM D. GORE, individually and in his capacity as Sheriff,<br><br>        Defendants - Appellees. | No. 10-56971<br><br>D.C. No. 3:09-cv-02371-IEG-BGS<br>Southern District of California,<br>San Diego<br><br><br>ORDER |

Before: O'SCANNLAIN, THOMAS, and CALLAHAN, Circuit Judges.

A judge of this Court having made a *sua sponte* call for a vote on whether this case should be reheard en banc, the parties shall file, within 21 days from the date of this order, simultaneous briefs setting forth their respective positions on whether this case should be reheard en banc. *See* G.O. 5.4(c)(3). Amici curiae wishing to file briefs regarding whether this case should be reheard en banc may also do so within 21 days from the date of this order.

Parties who are registered for ECF should file the brief electronically without submission of paper copies. Parties who are not registered ECF filers should submit the original brief plus 50 paper copies.