UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 26 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EDWARD PERUTA; et al., <br><br> Plaintiffs - Appellants, <br><br> STATE OF CALIFORNIA, <br><br> Intervenor - Pending, <br><br> v. <br><br> COUNTY OF SAN DIEGO and WILLIAM D. GORE, individually and in his capacity as Sheriff, <br><br> Defendants - Appellees. | No. 10-56971 <br><br> D.C. No. 3:09-cv-02371-IEG-BGS <br> U.S. District Court for Southern California, San Diego <br><br> **ORDER** |

The amici brief submitted by Calguns Foundation, Inc., Adam Richards, Second Amendment Foundation, Inc., and Brett Stewart on December 24, 2014 is filed. No paper copies required per the Court's 12/3/14 order.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Gabriela Van Allen
Deputy Clerk