UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 26 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EDWARD PERUTA; et al., <br><br> Plaintiffs - Appellants, <br><br> STATE OF CALIFORNIA, <br><br> Intervenor - Pending, <br><br> v. <br><br> COUNTY OF SAN DIEGO and WILLIAM D. GORE, individually and in his capacity as Sheriff, <br><br> Defendants - Appellees. | No. 10-56971 <br><br> D.C. No. 3:09-cv-02371-IEG-BGS <br> U.S. District Court for Southern California, San Diego <br><br> **ORDER** |

The supplemental brief submitted by Appellants on December 24, 2014 is filed. No paper copies required per the Court's 12/3/14 order.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Gabriela Van Allen
Deputy Clerk