**FILED**

**NOT FOR PUBLICATION**

APR 06 2015

**UNITED STATES COURT OF APPEALS**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| EDWARD PERUTA; MICHELLE LAXSON; JAMES DODD; LESLIE BUNCHER, Dr.; MARK CLEARY; CALIFORNIA RIFLE AND PISTOL ASSOCIATION FOUNDATION, <br><br> Plaintiffs - Appellants, <br><br> STATE OF CALIFORNIA, <br><br> Intervenor - Pending, <br><br> v. <br><br> COUNTY OF SAN DIEGO; WILLIAM D. GORE, individually and in his capacity as Sheriff, <br><br> Defendants - Appellees. | No. 10-56971 <br><br> D.C. No. 3:09-cv-02371-IEG-BGS <br><br><br> **ORDER** |
| ADAM RICHARDS; SECOND AMENDMENT FOUNDATION; CALGUNS FOUNDATION, INC.; BRETT STEWART, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ED PRIETO; COUNTY OF YOLO, | No. 11-16255 <br><br> D.C. No. 2:09-cv-01235-MCE-DAD <br> Eastern District of California, Sacramento |

Defendants - Appellees.

**THOMAS**, Chief Judge:

The motion for clarification is granted. Any amicus briefs, either pertaining to the merits of the case or the denial of the intervention motion, shall be filed within 35 days of the entry of the order granting rehearing en banc.