April 3, 2015

United States Courts- Ninth Circuit Court of Appeals
Attn: Public Information Office
Office of the Circuit Executive
P.O. Box 193939
San Francisco, CA 94119-3939

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

APR 07 2015

FILED_____
DOCKETED_____
DATE        INITIAL

Re:  Edward Peruta v. County of San Diego (10-56971)

To the Honorable Court:

I wanted to take this opportunity to comment on the recent development in the above-captioned matter (En-Banc Order of 3/26/15).  It is simply a disgrace and a mockery of the judicial system when a group of liberal jurists overturn a well-reasoned and legally justifiable opinion when it does satisfy their left-wing political agenda.  Such a morally corrupted decision makes this Court no better than the senseless masses on the streets of some of our major cities, rioting and looting because they somehow feel aggrieved by the legally justifiable actions of police officers attacked by their lawless youth.  You are no better than they and you bring shame to our great judicial system that our Founding Fathers bled and died for to establish, but that nevertheless permits you to do a "do-over" when a legally sound court opinion does not comply with your leftist "nanny state" agenda.

Notwithstanding the foregoing, I still have faith, albeit withering, in our judicial system to self-correct, through the appeals process, legal injustices like the one you are guilty of in this matter.  Our Founding Fathers would be most displeased with the political wrangling that has taken place in this matter under the guise of legal review and with those that hide their political biases under the "mantle of fairness" a judge's robe is supposed to represent.  However, their faith and my faith in the legal process and its ability to correct injustice are still alive and strong should you further disgrace it by reversing the opinion of Judge O'Scannlain.  Should this matter find its way to the Honorable United States Supreme Court, the Justices there (or at least a majority of same) will do the right thing and underscore and clarify once and for all the sacred legal principles declared in the opinions of <u>District of Columbia v. Heller</u> (2008) and <u>McDonald v. City of Chicago</u> (2010) in the name of freedom and liberty.

Shame on you and the harm you are committing upon our great country – the last bastion and good example of democracy and western civilization left on this Earth.  I pray that it is not too late to restore justice to this situation and restore the faith in the judicial system that you have undermined with your reprehensible tactics.  Always remember, you are supposed to serve the law and justice – not your own political agenda.

Sincerely,

*[signature]*

Armando Roman
Franklin, New Jersey