Nos. 10-56971 & 11-16255

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **EDWARD PERUTA, et. al.,**<br><br>      Plaintiffs-Appellants,<br>v.<br>**COUNTY OF SAN DIEGO, et al.,**<br><br>      Defendants-Appellees,<br>**STATE OF CALIFORNIA,**<br><br>      Intervenor-Pending. | No. 10-56971<br><br>D.C. No. 3:09-cv-02371-IEG-BGS<br><br>Southern District of California<br>Hon. Irma E. Gonzalez<br>District Judge |
| **ADAM RICHARDS, et al.,**<br><br>      Plaintiffs-Appellants,<br>v.<br>**ED PRIETO, et al.,**<br><br>      Defendants-Appellees. | No. 11-16255<br><br>D.C. No. 2:09-cv-01235-MCE-DAD<br><br>Eastern District of California<br>Hon. Morrison C. England<br>District Judge |

**PROPOSED INTERVENOR STATE OF
CALIFORNIA'S MOTION FOR LEAVE TO FILE
A BRIEF ON THE MERITS**

KAMALA D. HARRIS
Attorney General of California
EDWARD C. DUMONT
Solicitor General
DOUGLAS J. WOODS
Senior Assistant Attorney General

GREGORY D. BROWN* (SBN 219209)
Deputy Solicitor General
MARK BECKINGTON
Supervising Deputy Attorney General
ANTHONY R. HAKL
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  (415) 703-5461
  Gregory.Brown@doj.ca.gov
  *Counsel of Record*
  *Attorneys for Proposed Intervenor*
  *State of California*

# PROPOSED INTERVENOR STATE OF CALIFORNIA'S MOTION FOR LEAVE TO FILE A BRIEF ON THE MERITS

Proposed Intervenor State of California respectfully moves for leave to file a brief on the merits in these consolidated en banc appeals. The State has moved to intervene in *Peruta*, and that motion is currently pending before the Court in these en banc proceedings. Because the State's status in these appeals has not yet been resolved, the State is unsure whether its brief—submitted concurrently with this motion—is properly considered an intervenor's brief on the merits, or an amicus brief. Accordingly, in the event that the State's motion to intervene is granted, the State seeks leave to file its brief as an intervenor's brief on the merits.

Good cause exists for granting the State's request to file an intervenor's brief on the merits. The State has not yet filed a merits brief in these proceedings. As set forth in the State's motion to intervene, these appeals present issues of exceptional importance to the State because plaintiffs' claims arguably call into question the validity of the State's statutory scheme regulating the public carrying of firearms. Accordingly, the State requests that it be permitted to participate in these proceedings as an intervening party, including the submission of a party brief on the merits.

Alternatively, if the Court denies this motion, the State respectfully requests that its brief be filed as an amicus curiae brief pursuant to Federal Rule of Appellate Procedure 29(a).[1]

Dated: April 30, 2015

Respectfully Submitted,

KAMALA D. HARRIS
Attorney General of California
EDWARD C. DUMONT
Solicitor General
DOUGLAS J. WOODS
Senior Assistant Attorney General

*/s/ Gregory D. Brown*

GREGORY D. BROWN
Deputy Solicitor General
MARK BECKINGTON
Supervising Deputy Attorney General
ANTHONY R. HAKL
Deputy Attorney General
*Attorneys for Proposed Intervenor State of California*

---

[1] Plaintiffs-Appellants have informed the State that they consent to the filing of the State's brief as an amicus brief, but oppose the State's request for leave to file its brief as an intervenor's merits brief. *See* 9th Cir. R. 27-1 advisory committee note, § 5.

9th Circuit Case Number(s) | 10-56971 & 11-16255

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CERTIFICATE OF SERVICE
When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) April 30, 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | /s/ Gregory D. Brown

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CERTIFICATE OF SERVICE
When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date)                .

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format)