FILED

JUN 16 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EDWARD PERUTA; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> COUNTY OF SAN DIEGO; et al., <br><br> Defendants - Appellees, <br><br> STATE OF CALIFORNIA, <br><br> Intervenor - Pending. | No. 10-56971 <br><br> D.C. No. 3:09-cv-02371-IEG-BGS <br> Southern District of California, <br> San Diego <br><br> ORDER |
| ADAM RICHARDS; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> ED PRIETO and COUNTY OF YOLO, <br><br> Defendants - Appellees. | No. 11-16255 <br><br> D.C. No. 2:09-cv-01235-MCE-DAD <br> Eastern District of California, <br> Sacramento |

Before: THOMAS, Chief Judge

Edward Peruta and American News and Information Services, Inc.'s request for reconsideration and/or appeal of this Court's June 12, 2015 order denying the application to video record for later broadcast the cases captioned above is DENIED.