# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

January 17, 2017

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Edward Peruta, et al.
          v. California, et al.
          No. 16-894
          (Your No. 10-56971)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on January 12, 2017 and placed on the docket January 17, 2017 as No. 16-894.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst